UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
Joseph W Campbell                           §     Case No. 12-45422
                                            §
                    Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
      . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Payments made under an interim
      disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/STEVEN R. RADTKE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-45422 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|---|
| Case Name: | Joseph W Campbell | | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 02/04/2015 | | | | | Claims Bar Date: | 04/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Currency | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank Account At Tcf Bank (Garnished) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit With Landlord | 800.00 | 800.00 | | 0.00 | FA |
| 4. Furniture, Television, Computer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Clothing For One | 500.00 | 0.00 | | 0.00 | FA |
| 6. Camera | 50.00 | 50.00 | | 0.00 | FA |
| 7. 100% Ownership Interest In Chicago Realty & Property Managem | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Hummer H2 Sold To And In Possession Of Joseph Zugalj Of | 37,172.00 | 8,479.00 | | 0.00 | FA |
| 9. 2009 Dodge Challenger Sold To And In The Possession Of Josep | 24,347.00 | 13,447.00 | | 0.00 | FA |
| 10. Pet Dog | 0.00 | 0.00 | | 0.00 | FA |
| 11. Settlement proceeds from Adv. Case No. 13-10383 (u) Settlement of Adversary Case No. 13-10383 against Chicago Motor Car Corporation d/b/a Chicago Motor Cars for turnover of unscheduled 2003 Lamborghini Murcielago. | Unknown | 103,947.57 | | 103,947.57 | FA |
| 12. 1971 Corvette automobile (u) | Unknown | 20,700.00 | | 20,700.00 | FA |
| 13. 1978 Trans Am automobile (u) | Unknown | 21,600.00 | | 21,600.00 | FA |
| 14. 1981 DeLorean automobile (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 15. 1989 Firebird automobile (u) | Unknown | 16,101.00 | | 16,101.00 | FA |
| 16. 1997 Dodge Viper automobile (u) | Unknown | 33,900.00 | | 33,900.00 | FA |
| 17. 1966 Corvette automobile (u) | Unknown | 45,201.00 | | 45,201.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $67,869.00 $290,225.57 $266,449.57 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary proceeding and obtained order of default and judgment against Chicago Motor Car Corporation d/b/a Chicago Motor Cars in connection with Debtor's unauthorized sale of unscheduled 2003 Lamborghini Murcielago (Adversary case was settled and Chicago Motor Cars paid the Trustee the sum of $103,947.57 on or about 7/8/14 in full settlement. Adversary was dismissed with prejudice).

Trustee recovered six unscheduled motor vehicles with assistance from FBI; hired auctioneer to sell the vehicles on eBay auctions. The following cars were sold, funds received by auctioneer and delivery made to the successful bidders: 1971 Corvette ($20,799); 1978 Trans Am ($21,600); 1981 DeLorean ($25,000); 1989 Firebird ($16,101); 1997 Dodge Viper ($33,700). The last car, 1966 Corvette, sold on eBay on June 23, 2014 for $55,000.

(Successful bidder for 1966 Corvette did not make deposit or pay balance due. The 1966 Corvette was relisted on Ebay for auction on July 25, 2014. The 10-day auction concludes August 4, 2014 -sold for $45,201.00.)

Initial Projected Date of Final Report (TFR): 12/30/2015           Current Projected Date of Final Report (TFR): 12/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-45422 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Joseph W Campbell | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5570 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4830 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | 11 | Laduzinsky & Associates, P.C. IOLTA Account<br>216 S. Jefferson Street<br>Suite 301<br>Chicago, IL 60661 | Settlement proceeds from Adv. Case No. 13-10383 Settlement with Chicago Motor Cars in Adv. Case No. 13-10383 | 1249-000 | $103,947.57 | | $103,947.57 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.61 | $103,827.96 |
| 08/15/14 | | Albany, Inc.<br>4030 N. Rockwell Street<br>Chicago, IL 60618 | Gross Proceeds from Sale of Six Motor Vehicles | | $162,502.00 | | $266,329.96 |
| | | | Gross Receipts        $162,502.00 | | | | |
| | 12 | | 1971 Corvette automobile    $20,700.00 | 1229-000 | | | |
| | 13 | | 1978 Trans Am automobile    $21,600.00 | 1229-000 | | | |
| | 14 | | 1981 DeLorean automobile    $25,000.00 | 1229-000 | | | |
| | 15 | | 1989 Firebird automobile    $16,101.00 | 1229-000 | | | |
| | 16 | | 1997 Dodge Viper automobile  $33,900.00 | 1229-000 | | | |
| | 17 | | 1966 Corvette automobile    $45,201.00 | 1229-000 | | | |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $310.18 | $266,019.78 |
| 09/09/14 | 1001 | Michael Widdes and Albany, Inc. d/b/a Evolve Motors<br>4030 N. Rockwell<br>Chicago, IL 60618 | Auctioneer Commission per order of Court | 3610-000 | | $9,955.05 | $256,064.73 |
| 09/09/14 | 1002 | Michael Widdes and Albany, Inc. d/b/a Evolve Motors<br>4030 N. Rockwell<br>Chicago, IL 60618 | Auctioneer Expenses per order of Court | 3620-000 | | $11,139.51 | $244,925.22 |

| UST Form 101-7-TFR (5/1/2011) (Page: 5) | Page Subtotals: | $266,449.57 | $21,524.35 |
| --- | --- | --- | --- |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-45422 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Joseph W Campbell | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5570 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4830 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/04/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/14 | 1003 | The Dart Bank<br>c/o Thomas A. Klug<br>4125 Okemos Road<br>Suite 24<br>Okemos, MI 48864 | Net proceeds of sale of 1966 Chevrolet, payment of lien | 4210-000 | | $33,716.56 | $211,208.66 |
| 12/17/14 | 1004 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Fees per order of Court dated 12/4/14 | 2100-000 | | $2,811.38 | $208,397.28 |
| 12/17/14 | 1005 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Fees per order of Court dated 12/4/14 | 3110-000 | | $20,700.00 | $187,697.28 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $266,449.57 | $78,752.29 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $266,449.57 | $78,752.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $266,449.57 | $78,752.29 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:                       $0.00        $57,227.94

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5570 - Checking | $266,449.57 | $78,752.29 | $187,697.28 |
| | $266,449.57 | $78,752.29 | $187,697.28 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $266,449.57 |
| Total Gross Receipts: | $266,449.57 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45422  
Debtor Name: Joseph W Campbell  
Claims Bar Date: 4/2/2014  

Date: February 4, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $16,572.48 | $16,572.48 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $459.88 | $459.88 |
| 100 2700 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $104,737.00 | $104,737.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,521.48 | $1,521.48 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,776.00 | $1,776.00 |
| 1 300 7100 | Atlas Acquisitions Llc (Gecc)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $644.98 | $644.98 |
| 2 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $2,922.05 | $2,922.05 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45422  
Debtor Name: Joseph W Campbell  
Claims Bar Date: 4/2/2014  

Date: February 4, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | Asset Acceptance Llc Assignee<br>Bank Of America<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $23,080.31 | $23,080.31 |
| 4<br>300<br>7100 | Tbf Financial Llc<br>740 Waukegan Rd Ste 404<br>Deerfield, Il 60015 | Unsecured | | $0.00 | $16,104.86 | $16,104.86 |
| 5<br>300<br>7100 | The Dart Bank<br>Thomas A Klug<br>4125 Okemos Rd Ste 24<br>Okemos, Mi 48864 | Unsecured | | $0.00 | $226,817.24 | $226,817.24 |
| 6<br>300<br>7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $34,035.14 | $34,035.14 |
| 7<br>300<br>7100 | Ge Capital Retail Bank<br>C/O Recovery Management<br>Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $979.23 | $979.23 |
| 8<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,329.27 | $1,329.27 |
| 9<br>300<br>7100 | Matija Dostal<br>C/O George M. Petrich<br>14200 Burnham Ave<br>Burnham, Il 60633 | Unsecured | | $0.00 | $10,000.00 | $10,000.00 |
| 10<br>300<br>7100 | Portfolio Investments Ii Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $7,785.23 | $7,785.23 |
| 11<br>300<br>7100 | Portfolio Investments Ii Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $16,414.49 | $16,414.49 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45422  
Debtor Name: Joseph W Campbell  
Claims Bar Date: 4/2/2014

Date: February 4, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 300 7100 | Portfolio Investments Ii Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $12,328.56 | $12,328.56 |
| | Case Totals | | | $0.00 | $477,801.20 | $477,801.20 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45422
Case Name: Joseph W Campbell
Trustee Name: STEVEN R. RADTKE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Charges: U. S. Bankruptcy Court Clerk | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Gecc) | $ | $ | $ |
| 2 | Discover Bank | $ | $ | $ |
| 3 | Asset Acceptance Llc Assignee Bank Of America | $ | $ | $ |
| 4 | Tbf Financial Llc | $ | $ | $ |
| 5 | The Dart Bank | $ | $ | $ |
| 6 | American Express Centurion Bank | $ | $ | $ |
| 7 | Ge Capital Retail Bank | $ | $ | $ |
| 8 | Capital Recovery V, Llc | $ | $ | $ |
| 9 | Matija Dostal | $ | $ | $ |
| 10 | Portfolio Investments Ii Llc | $ | $ | $ |
| 11 | Portfolio Investments Ii Llc | $ | $ | $ |
| 12 | Portfolio Investments Ii Llc | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE