UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| JOSEPH W. CAMPBELL, | ) | Case No. 12-45422 |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:  Steven R. Radtke, Trustee

Authorized to Provide  Estate of Joseph W. Campbell
Professional Service to:

Date of Order Authorizing Employment:  November 16, 2012

Period for Which
Compensation is Sought:  November 16, 2012 through Close of Case

Amount of Fees Sought:  $13,761.10

Amount of Expense  $459.88
Reimbursement Sought:

This is a(n):    Interim Application ___    Final Application __X__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/13/14 | 12/29/13-9/9/14 | $2,811.38 | $2,811.38 | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $2,811.38

DATED:   January 21, 2015        By:  /s/ Steven R. Radtke

Steven R. Radtke
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
CampbellCvrShTrFinalFeeApp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| JOSEPH W. CAMPBELL, | ) | Case No. 12-45422 |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S FINAL APPLICATION FOR
## ALLOWANCE OF COMPENSATION AND EXPENSES

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES Steven R. Radtke, Trustee herein, pursuant to 11. U.S.C. §330, and requests allowance of final compensation in the amount of $13,761.10 and $459.88 for reimbursement of expenses.   In support of his Final Application, the Trustee states as follows:

### I. COMPUTATION OF FINAL COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $266,449.57.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00: | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00: | $ 4,500.00 | ($4,500.00 max.) |
| 05% of next $216,449.57: | $10,822.48 | ($47,500.00 max.) |
| Allowable Compensation: | $16,572.48 | |
| Less: Interim Allowance per 506(c)[1] | $ 2,811.38 | |
| **BALANCE OF COMPENSATION OWED:** | **$ 13,761.10** | |

---

[1] On April 15, 2014 the Court entered an Order authorizing the Trustee to sell certain vehicles free and clear of all liens, with all such liens attaching to the proceeds of sale. The Trustee later sold a 1966 Chevrolet Corvette which was encumbered by a lien held by Dart Bank.  On December 4, 2014 the Court entered an Order pursuant to 11 U.S.C. §506(c) allowing interim compensation to the Trustee in the amount of $2,811.38, which was chargeable against the proceeds of sale.  An itemization of the trustee's time from December 30, 2013 to August 13, 2014 for services related to the sale of six vehicles over eBay was attached to the Trustee's Amended First Interim Application for Allowance of Compensation.

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Photocopies (copies of POC's filed: 83 pages x $0.10) | $    8.30 |
| Postage (mailing distribution checks: 13 x $0.48) | $    6.24 |
| Travel (mileage @ $0.565 per mile x 788.20 miles) | $  445.34 |
| **TOTAL EXPENSES:** | **$  459.88** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case. An itemization of all services rendered and costs advanced by the Trustee in this case is attached hereto as **Exhibit A.**

Dated: <u>January 21, 2015</u>     /s/ STEVEN R. RADTKE
                                   Steven R. Radtke, Trustee

Steven R. Radtke
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
CampbellTrusteeFinalFeeApp011915

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| JOSEPH W. CAMPBELL, | ) | Case No. 12-45422 |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Trustee's Final Application for Allowance of Compensation and Expenses pursuant to 11 U.S.C. 326 ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 9th day
of February, 2015.

OFFICIAL SEAL
SOCORRO CHAVEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/24/18

_____
Notary Public
CampbellTrusteeFinalFeeApp011915

3

OFFICIAL SEAL
SOCORRO CHAVEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/24/18

## TASKS PERFORMED BY TRUSTEE

1. The Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.

2. The Trustee received and analyzed debtor's tax returns.

3. The Trustee conducted a 341 examination.

4. The Trustee determined that debtor was the owner of record of seven motor vehicles that were not listed in his bankruptcy schedules as follows: i) 1966 Chevrolet Corvette, ii) 1971 Chevrolet Corvette, iii) 1981 DeLorean, iv) 1978 Pontiac Firebird, v) 1989 Pontiac Firebird Trans Am/Turbo, vi) 1997 Dodge Viper, and vii) 2003 Lamborghini Murcielago.

5. The Trustee determined that during the pendency of his bankruptcy proceedings the debtor sold the Lamborghini to a third party for $122,000 and absconded with the sale proceeds without: disclosing the transfer, obtaining an order of court or turning over the sale proceeds to the Trustee.

6. The Trustee retained counsel to provide legal services required in the administration of the estate, including pursuing actions to compel debtor to turn over vehicle nos. i) – vi) above and to turn over the proceeds of sale of the Lamborghini or to otherwise account for the proceeds of sale.

7. When debtor did not turn over vehicle nos. i) – vi) the Trustee conducted an investigation in which he was able to locate the vehicles. The Trustee was able to recover the vehicles with the assistance of law enforcement officials.

8. The Trustee retained an auctioneer who sold vehicle nos. i) –vi) in auctions conducted on eBay resulting in a gross recovery of $162,502.00 for the estate.

9. With the assistance of counsel, the Trustee pursued an adversary proceeding pursuant to 11 U.S.C. §§549(a) and 550(a)(1) against the third party purchaser of the Lamborghini after debtor refused to turn over the proceeds of sale of the Lamborghini. The case was eventually settled and the estate recovered the sum of $103,947.57.

10. The Trustee conferred with and retained an accountant regarding the Trustee's obligation to file fiduciary income tax returns and to calculate any tax due as a result of the Trustee's sale of vehicles.

11. The Trustee reviewed, executed and filed fiduciary income tax returns prepared by his accountant and obtained a favorable determination from the Internal Revenue Service pursuant to 11 U.S.C. 505(b).

12. The Trustee reviewed the fee petitions filed by his accountant and attorney.

13. The Trustee reviewed the claims filed in the case and resolved issues related to the Dart Bank's claim for a security interest in the 1971 Chevrolet Corvette. It was not necessary to file any objections to any claims.

14. The Trustee managed the estate's cash on hand. This included depositing the estate's funds in a federally insured bank account and maintaining a report of cash receipts and disbursements.

15. The Trustee responded to creditor inquiries.

16. In addition to time itemized on the attached Schedule, the Trustee estimates that he will spend an additional 4 hours rendering services with a value of $1,400.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

5

# EXHIBIT A

Itemization of services rendered exclusive of the sale of the Debtor's six vehicles

January 19, 2015

Steven R. Radtke, Trustee
Estate of Joseph W. Campbell, Debtor
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago,, IL 60603

In Reference To: Bankruptcy Estate of Joseph W. Campbell, Debtor
Chapter 7; Case No. 12-45422; Filed 11/16/12
Compensation & Expenses, Steven R. Radtke, Trustee
Campbell-TSee2 - #1338

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/2013 | Email to D. Brown re need to get tax returns and pay stubs and last two corporate returns | 0.10 375.00/hr | 37.50 |
| | Email from D. Brown and review attached personal and corporate tax returns | 0.40 375.00/hr | 150.00 |
| | Call 341 meeting; attorney present, no debtor; continued to 2/15/13 | 0.20 375.00/hr | 75.00 |
| 2/15/2013 | Conduct 341 meeting | 0.30 375.00/hr | 112.50 |
| 2/18/2013 | Review email from D. Brown and attached bills of sale on Hummer and Challenger and Chicago Realty tax returns | 1.00 375.00/hr | 375.00 |
| 3/3/2013 | Travel to 7800 Marquette Drive North, Tinley Park, IL and 753 E. 79th Street re vehicles and business | 3.00 375.00/hr | 1,125.00 |
| 3/4/2013 | Secretary of State search re 2008 Hummer, 2009 Challenger and vanity plates | 0.20 375.00/hr | 75.00 |
| 3/5/2013 | File continuation of 341 Meeting (.20); phone call from UST Office re continued 341 Meeting (.30); follow up several emails re 341 meeting (.50) and conduct Internet background search re results of inspection (.10). | 1.10 375.00/hr | 412.50 |
| | Email from (.10) and to (.10) local auto repair shop re dealer plates. | 0.20 375.00/hr | 75.00 |

Steven R. Radtke, Trustee                                                                                          Page 2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/2013 | Telephone conference with UST Office re vehicle plates, ownership of several vehicles | 0.20<br>375.00/hr | 75.00 |
|  | Thirteen emails to and from UST Office @.10 each re multiple vehicles, registration documents, ownership issues. | 1.30<br>375.00/hr | 487.50 |
|  | Receipt and review of Dart Bank complaint objecting to discharge | 0.80<br>375.00/hr | 300.00 |
| 3/6/2013 | Review docket re deadline for objecting to discharge (.20); three emails to and from US Trustee's Offfice re motion to extend time and approaching deadline (.30) | 0.50<br>375.00/hr | 187.50 |
|  | Internet search re insurance fraud case. | 1.00<br>375.00/hr | 375.00 |
| 3/7/2013 | Receipt and review of US Trustee motion to extend time to object to discharge and motion for 2004 examination | 0.20<br>375.00/hr | 75.00 |
|  | Emails to (.10) and from (.10) US Trustee's office re extension of time to object to discharge | 0.20<br>375.00/hr | 75.00 |
|  | Emails to US Trustee's office re motion to extend time to object to discharge | 0.20<br>375.00/hr | 75.00 |
|  | Four emails to and from US Trustee's office re background | 0.50<br>375.00/hr | 187.50 |
|  | Email to US Trustee's office re objection to dischargeability filed by Dart Bank | 0.10<br>375.00/hr | 37.50 |
|  | Email from US Trustee's office motion to extend time to object to discharge and transfer of '66 Corvette (.20); follow up email from (.10) and to (.10) re same. | 0.40<br>375.00/hr | 150.00 |
|  | Four emails from and to US Trustee's office re Lamborghini. | 0.40<br>375.00/hr | 150.00 |
| 3/8/2013 | Emails and to and from US Trustee's office re motion to extend time for objection to discharge | 0.30<br>375.00/hr | 112.50 |
|  | Search for contact number; phone call to TD Auto Finance re identity of borrower and balance on loan (.40); search for contact number and phone call to U.S. Bank in St. Louis re current balance on loan and identity of borrower (.20); phone call to Will County Assessor re property tax ID(.20). | 0.80<br>375.00/hr | 300.00 |
|  | Conference with Kimberly Bacher at US Trustee's office re 2004 examination and production request | 0.30<br>375.00/hr | 112.50 |

Steven R. Radtke, Trustee                                                                   Page 3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/11/2013 | Follow up phone calls to secured parties on Hummer and Challenger; emails to (.10) and from (.10) US Trustee re same; phone conference with Kimberly Bacher re continuing investigation and discovery; phone call to Dart Bank's collection attorney re pre-petition collection efforts. | 2.00 375.00/hr | 750.00 |
|  | Email to K. Bacher and US Trustee's office re investigations, payoff of loans on Hummer and Challenger and forwarding bills of sale from debtor. | 0.50 375.00/hr | 187.50 |
|  | Email from (.20) and to (.10) K. Bacher re Lamborghini | 0.30 375.00/hr | 112.50 |
|  | Email from K. Bacher re 2004 Exam, Subpoena and Document Request and review attachment. | 0.30 375.00/hr | 112.50 |
| 3/12/2013 | Phone conference with T. Planera re State Court collection efforts and asset background (.30); receipt and review of searches forwarded by same (.50); phone call to creditor attorney re background (.30); email from (.10) and to (.10) K. Bacher re Lamborghini; email from (.10) and to (.10) K. Bacher re document request; began work on same (.40); email to (.10) and from (.10) US Trustee's office re vehicles (.30); email to (.10) and from (.10) K. Bacher re vehicles; receipt and review of document request from K. Bacher (.30); phone call to Dart Bank attorney; left word (.10) | 3.00 375.00/hr | 1,125.00 |
|  | Conference at State court to review lawsuits filed against Debtor and associates | 1.50 375.00/hr | 562.50 |
|  | Email from (.10) and to (.10) US Trustee's office re Joliet property. | 0.20 375.00/hr | 75.00 |
|  | Follow-up email from (.10) and to (.10) K. Bacher re T. Planera searches. | 0.20 375.00/hr | 75.00 |
| 3/13/2013 | Travel to former business locations in Hyde Park, 7800 Marquette Drive North, Tinley Park, IL and 3616 Forestview Drive, Joliet, IL re vehicles and business interests | 3.50 375.00/hr | 1,312.50 |
|  | Phone call to T. Klug re Dart litigation (.10); email from (.10) and to (.10) Kimberly Bacher re vehicle search and forward same to her (.20) | 0.50 375.00/hr | 187.50 |
| 3/14/2013 | Conference with K. Bacher re insepction results (.30); email to (.10) and from (.10) K. Bacher re document request. | 0.50 375.00/hr | 187.50 |
|  | Phone conference with Michigan attorney Tom Klug re Dart Bank involvement with Campbell and background information (.30); receipt and review of Secretary of State Deputy's report (.20) forward to Kimberly Bacher (.10) | 0.60 375.00/hr | 225.00 |

Steven R. Radtke, Trustee                                                                          Page 4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/14/2013 | Email from (.10) and to (.10) K. Bacher re document request to US Trustee's Motion for 2004 Examination. | 0.20<br>375.00/hr | 75.00 |
|  | Telephone conference with Dart Bank's attorney Tom Klug re background (.20); follow-up email to T. Klug re investigator's report (.10); email from T. Klug re faxed investigator's report from Secretary of State Investigator Garza (.20); email to K. Bacher re same (.10). | 0.60<br>375.00/hr | 225.00 |
| 3/15/2013 | Email from and to K. Bacher re available examination dates (.20); receipt and review US Trustee's Subpoena to Campbell (.30). | 0.50<br>375.00/hr | 187.50 |
|  | Email to T. Klug re search results. | 0.20<br>375.00/hr | 75.00 |
|  | Telephone calls to Secretary of State's Office and Agent Garza. | 0.30<br>375.00/hr | 112.50 |
|  | Email from US Trustee's office re Gateway Classic Cars (.10); email to K. Bacher attaching Investigator Garza's report (.10). | 0.20<br>375.00/hr | 75.00 |
|  | Draft additional documents re 2004 exam (1.00); email to K. Bacher re same (.10); email from (.10) and to (.10) K. Bacher re available deposition dates; email to K. Bacher re documents (.20); email from same re same (.10); receipt and review of subpoena on Campbell emailed from US Trustee's office (.20); email from (.10) and to (.10) US Trustee's office re possible issues; email from (.10) and to (.10) K. Bacher re contacing Secretary of State Officer Garza | 2.20<br>375.00/hr | 825.00 |
| 3/19/2013 | Receipt and review of correspondence from creditor attorney re his client's claim(.20); scan and email to K. Bacher (.20); research Assessor, Recorder and Internet re West Washington property destroyed by fire (.50); email from and to K. Bacher re West Washington property search (.20). | 1.10<br>375.00/hr | 412.50 |
| 3/28/2013 | Email from (.10) and to T. Klug re local counsel for Dart Bank (.10). | 0.20<br>375.00/hr | 75.00 |
| 4/10/2013 | Email from K. Bacher re Debtor's request for additional time to produce documents and exam continuance (.10); email to K. Bacher re available dates (.20). | 0.30<br>375.00/hr | 112.50 |
| 4/11/2013 | Email from (.10) and to (.10) K. Bacher re continued exam date for Debtor | 0.20<br>375.00/hr | 75.00 |
|  | Two emails from and to K. Bacher confirming examination dates | 0.20<br>375.00/hr | 75.00 |

Steven R. Radtke, Trustee                                                                                         Page 5

|            |                                                                                                                                                              | Hrs/Rate          | Amount |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 4/17/2013  | Receipt and review of Answer to Adversary Complaint filed by Debtor.                                                                                         | 0.40<br>375.00/hr | 150.00 |
| 5/3/2013   | Receipt and review of Order setting time to file Amended Complaint.                                                                                          | 0.10<br>375.00/hr | 37.50  |
| 5/6/2013   | Two emails to and from K. Bacher re status of document production.                                                                                           | 0.40<br>375.00/hr | 150.00 |
|            | Follow-up emails to K. Bacher re status and document request.                                                                                                | 0.20<br>375.00/hr | 75.00  |
| 5/8/2013   | Phone call from K. Bacher re document production (.20); email from same re proceeding with examination of Debtor (.10).                                      | 0.30<br>375.00/hr | 112.50 |
|            | Two emails from K. Bacher re debtor's failure to provide documents (.10); email from K. Bacher to D. Brown re proceeding with examination (.10)              | 0.20<br>375.00/hr | 75.00  |
| 5/9/2013   | Email from K. Bacher attaching D. Brown's letter re discovery request.                                                                                       | 0.20<br>375.00/hr | 75.00  |
| 5/12/2013  | Work on organizing documents for deposition.                                                                                                                 | 1.00<br>375.00/hr | 375.00 |
| 5/15/2013  | Phone call and email to K. Bacher re deposition status (.20).                                                                                                | 0.20<br>375.00/hr | 75.00  |
| 5/16/2013  | Prepare for 2004 examination(1.00); attend US Trustee 2004 examination (.50).                                                                                | 1.50<br>375.00/hr | 562.50 |
| 5/22/2013  | Receipt and review of Amended Adversary Complaint.                                                                                                           | 0.50<br>375.00/hr | 187.50 |
|            | Receipt and review of Notice of First Set of Interrogatories to Debtor.                                                                                      | 0.10<br>375.00/hr | 37.50  |
| 6/15/2013  | Receipt and review of Debtor's Motion to Strike parts of Amended Adversary Complaint.                                                                        | 0.50<br>375.00/hr | 187.50 |
| 6/27/2013  | Receipt and review of Order setting time to respond to Motion to Strike.                                                                                     | 0.10<br>375.00/hr | 37.50  |
| 7/9/2013   | Phone call from K. Bacher and US Trustee's office re discovery status.                                                                                       | 0.20<br>375.00/hr | 75.00  |
|            | Receipt and review of Dart Bank's Answer to Motion to Strike and related materials (.40); review Interrogatories and Discovery Requests attached thereto (.30). | 0.70<br>375.00/hr | 262.50 |

Steven R. Radtke, Trustee                                                                          Page 6

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/10/2013 | Phone call from K. Bacher and US Trustee's office re Lamborghini (.20); receipt and review of email re same (.20). | 0.40<br>375.00/hr | 150.00 |
| 7/11/2013 | Email from K. Bacher re Debtor's waiver of discharge (.10); review materials received pursuant to Subpoena re Debtors sale of 1988 Corvette and insurance policies (.50). | 0.60<br>375.00/hr | 225.00 |
| 7/13/2013 | Receipt and reivew of Debtor's Wiaver of Discharge. | 0.10<br>375.00/hr | 37.50 |
| 7/16/2013 | Phone conference with K. Bacher re waiver of discharge, automobiles, discovery, Trustee's proposed motion for turnover | 0.20<br>375.00/hr | 75.00 |
| 7/25/2013 | Conference at US Trustee's office re document review | 0.50<br>375.00/hr | 187.50 |
| 5/19/2014 | Obtained taxpayer identification number; opened bank account | 0.20<br>375.00/hr | 75.00 |
| 6/6/2014 | Review and process May bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 7/10/2014 | Review and process June bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 8/7/2014 | Review and process July bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 9/5/2014 | Review and process August bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 10/7/2014 | Review and process September bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 11/3/2014 | Assemble documents to forward in preparation of tax returns | 0.30<br>375.00/hr | 112.50 |
| 11/10/2014 | Review and process October bank statement (.10); reconcile account (.10) | 0.20<br>375.00/hr | 75.00 |
| 11/13/2014 | Email to (.10) and from (.10) Lois West re deductions from gross income | 0.20<br>375.00/hr | 75.00 |
| 11/18/2014 | Telephone conference with Lois West re capital gains issue and allowance of administrative expenses. | 0.30<br>375.00/hr | 112.50 |
| 11/19/2014 | Review and sign state and federal tax returns (.40); | 0.40<br>375.00/hr | 150.00 |
| 12/3/2014 | Receipt and review of accountants final fee petition | 0.30<br>375.00/hr | 112.50 |

Steven R. Radtke, Trustee								Page 7

|            |                                                                                                | Hrs/Rate        | Amount      |
|------------|------------------------------------------------------------------------------------------------|-----------------|-------------|
| 12/4/2014  | Review and process November bank statement (.10); reconcile account (.10)                      | 0.20 375.00/hr  | 75.00       |
| 12/8/2014  | Prepare check to Dart Bank toward secured debt for '66 Corvette (.10); letter to Tom Klug re same (.20) | 0.30 375.00/hr  | 112.50      |
|            | Email to (.10) and from (.10) J. Klug re distribution to Dart Bank and actions necessary to close estate | 0.20 375.00/hr  | 75.00       |
| 12/14/2014 | Review claims; Dart Bank to amend claim; no objections necessary                               | 1.00 375.00/hr  | 375.00      |
| 1/8/2015   | Review and process December bank statement (.10); reconcile account (.10)                      | 0.20 375.00/hr  | 75.00       |
|            | Draft final application for allowance of final fees and reimbursement of expenses              | 3.20 375.00/hr  | 1,200.00    |
| 1/19/2015  | Final revisions to fee petition and organize time                                              | 1.50 375.00/hr  | 562.50      |
|            | For professional services rendered                                                             | 50.90           | $19,087.50  |
|            | Balance due                                                                                    |                 | $19,087.50  |