## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
§
Joseph W Campbell § Case No. 12-45422
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

9:30 a.m. on March 12, 2015
in Courtroom  680, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____Kenneth S. Gardner_____
                                              Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Joseph W Campbell | § | Case No. 12-45422 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 266,449.57 |
| and approved disbursements of | $ | 78,752.29 |
| leaving a balance on hand of[1] | $ | 187,697.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 16,572.48 | $ 2,811.38 | $ 13,761.10 |
| Trustee Expenses: STEVEN R. RADTKE | $ 459.88 | $ 0.00 | $ 459.88 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 104,737.00 | $ 20,700.00 | $ 84,037.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 1,521.48 | $ 0.00 | $ 1,521.48 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,776.00 | $ 0.00 | $ 1,776.00 |
| Charges: U. S. Bankruptcy Court Clerk | $ 293.00 | $ 0.00 | $ 293.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 101,848.46 |
| Remaining Balance | | $ | 85,848.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 352,441.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Gecc) | $ 644.98 | $ 0.00 | $ 157.11 |
| 2 | Discover Bank | $ 2,922.05 | $ 0.00 | $ 711.76 |
| 3 | Asset Acceptance Llc Assignee Bank Of America | $ 23,080.31 | $ 0.00 | $ 5,621.98 |
| 4 | Tbf Financial Llc | $ 16,104.86 | $ 0.00 | $ 3,922.87 |
| 5 | The Dart Bank | $ 226,817.24 | $ 0.00 | $ 55,248.89 |
| 6 | American Express Centurion Bank | $ 34,035.14 | $ 0.00 | $ 8,290.39 |
| 7 | Ge Capital Retail Bank | $ 979.23 | $ 0.00 | $ 238.52 |
| 8 | Capital Recovery V, Llc | $ 1,329.27 | $ 0.00 | $ 323.79 |
| 9 | Matija Dostal | $ 10,000.00 | $ 0.00 | $ 2,435.83 |
| 10 | Portfolio Investments Ii Llc | $ 7,785.23 | $ 0.00 | $ 1,896.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Portfolio Investments Ii Llc | $ 16,414.49 | $ 0.00 | $ 3,998.30 |
| 12 | Portfolio Investments Ii Llc | $ 12,328.56 | $ 0.00 | $ 3,003.03 |
| | Total to be paid to timely general unsecured creditors | | | $ 85,848.82 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Joseph W Campbell  
    Debtor

Case No. 12-45422-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: rgreen        Page 1 of 2        Date Rcvd: Feb 09, 2015  
                      Form ID: pdf006     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2015.

```
db               #+Joseph W Campbell,    7800 Marquette Drive North,    Tinley Park, IL 60477-4564
19701411         +AMC Mortgage Services,    2677 North Main Street,    Suite 140,    Santa Ana, CA 92705-6659
19701412         +American Collections Co.,    919 W Estes,    Schaumburg, IL 60193-4436
19701413         +American Express,    PO Box 981537,    El Paso, TX 79998-1537
21587050          American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19701415          Bank of America,    4060 Ogletown/Stanton Road,    Newark, DE 19713
19701416          Bank of America/Home Depot,    P.O. Box 15726,    Wilmington, DE 19886-5726
19701417         +Bank of America/Home Depot,    135 S. LaSalle Street,    Suite 1025,    Chicago, IL 60603-4177
19701418         +Barclays Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
19701419         +Carson Pirie Scott,    P.O. 17633,    Baltimore, MD 21297-1633
19701420         +Cesium Rentals, LLC,    640 N. LaSalle St,    Suite 638,    Chicago, IL 60654-2656
19701421         +Charter One Bank,    1215 Superior Ave.,    Cleveland, OH 44114-3299
19701422         +Charter One Bank/RBS,    1215 Superior Ave.,    Cleveland, OH 44114-3299
19701424         +Chase,    201 N Walnut Street,    Wilmington, DE 19801-2920
19701423         +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19701426          Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
19701427         +CitiBank,    P.O. 6500,    Sioux Falls, SD 57117-6500
19701431         +DSNB Macy's,    PO Box 8218,    Mason, OH 45040-8218
19701428         +Dart Bank,    PO Box 1838,    Columbus, OH 43216-1838
19701432         +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
19701436         +GECRB/Summit,    PO Box 965036,    Orlando, FL 32896-5036
19701439         +K & A Landscaping,    967 Dogwood Court,    Romeoville, IL 60446-4238
19701440        +++Matija Dostal,    c/o George M. Petrich,    14200 Burnham Ave,    Burnham, IL 60633-1608
19701442         +Pangea Ventures LLC,    640 N LaSalle Street,    Suite 638,    Chicago, IL 60654-2656
19701443         +Pinnacle Credit Srvc.,    PO Box 5617,    Hopkins, MN 55343-0493
19701446         +TCF National Bank,    801 Marquette Avenue,    Minneapolis, MN 55402-3475
19701447         +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
19701429        +++The Dart Bank,    Thomas A Klug,    4125 Okemos Rd Ste 24,    Okemos, MI 48864-2820
19701449         ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                  (address filed with court: US Bank,    PO Box 790179,    Saint Louis, MO 63179)
19701450         +WFNNB/Pacific Sunwear,    3100 Easton Square Place,    Columbus, OH 43219-6232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19701414         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 10 2015 01:16:45     Asset Acceptance LLC,
                  PO Box 2036,    28405 Van Dyke Road,    Warren, MI 48093-7132
21409407         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 10 2015 01:16:45
                  Asset Acceptance LLC assignee  BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
21382991         +E-mail/Text: bnc@atlasacq.com Feb 10 2015 01:16:07      Atlas Acquisitions LLC,
                  Assignee of GECC,    294 Union St.,    Hackensack, NJ 07601-4303
20535237         +E-mail/Text: bnc@atlasacq.com Feb 10 2015 01:16:07      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
19701425         +E-mail/Text: citjaxbankruptcy@cit.com Feb 10 2015 01:16:09      CIT Technology,
                  10201 Centurion Parkway N,    Suite 100,    Jacksonville, FL 32256-4114
21701847          E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2015 01:14:19      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19701430          E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2015 01:23:42      Discover Financial,
                  PO Box 15316,    Wilmington, DE 19850
21387996          E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2015 01:23:42      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21695120          E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2015 01:14:15      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19701433          E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2015 01:13:52      GECRB/Banana Republic,
                  PO Box 965004,    Orlando, FL 32896-0004
19701434          E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2015 01:14:33      GECRB/Paypal,    PO Box 965005,
                  Orlando, FL 32896-5005
19701435          E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2015 01:13:52      GECRB/Sam's,    PO Box 965037,
                  Orlando, FL 32896-5037
19701441         +E-mail/Text: bankruptcydpt@mcmcg.com Feb 10 2015 01:16:51      Midland Fund,    8875 Aero Drive,
                  San Diego, CA 92123-2251
21748206          E-mail/PDF: rmscedi@recoverycorp.com Feb 10 2015 01:13:56      Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19701445         +E-mail/Text: jpalmer@tbfgroup.com Feb 10 2015 01:16:26      TBF Financial,    740 Waukegan Road,
                  Deerfield, IL 60015-4374
21509827         +E-mail/Text: jpalmer@tbfgroup.com Feb 10 2015 01:16:26      TBF Financial LLC,
                  740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
                                                                                              TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Albany Inc d/b/a Evolve Motors
aty              Lois West
aty              Michael Widdes
aty              Popowcer Katten Ltd
19701437         Joe Zugalj
19701438         Joseph Zugalj
```

```
District/off: 0752-1           User: rgreen                Page 2 of 2              Date Rcvd: Feb 09, 2015
                               Form ID: pdf006             Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****
19701448         TD RCS/Red Carpet Shop
21551937         The Dart Bank
19701444*       +Pinnacle Credit Srvc.,    PO Box 5617,    Hopkins, MN 55343-0493
                                                                                             TOTALS: 8, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2015 at the address(es) listed below:
          David  Brown, ESQ    on behalf of Defendant Joseph W Campbell dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Karl  Leinberger    on behalf of Creditor    The Dart Bank karl@markleinlaw.com
          Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven  Laduzinsky    on behalf of Defendant    Chicago Motor Car Corporation d/b/a Chicago Motor
           Cars sladuzinsky@laduzinsky.com,  lgreen@laduzinsky.com
          Steven R Radtke    on behalf of Defendant    Chicago Motor Car Corporation d/b/a Chicago Motor Cars
           sradtke@chillchillradtke.com
          Steven R Radtke    on behalf of Plaintiff Steven R Radtke sradtke@chillchillradtke.com
          Steven R Radtke    on behalf of Attorney Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
          Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Attorney    Chill Chill & Radtke P C sradtke@chillchillradtke.com
          Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
          Thomas A Klug    on behalf of Creditor    The Dart Bank tomklug@klugtaxlawfirm.com
          Thomas A Klug    on behalf of Plaintiff    The Dart Bank tomklug@klugtaxlawfirm.com
                                                                                             TOTAL: 13
```