UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Joseph W Campbell                   §    Case No. 12-45422
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TD Auto Finance PO Box 9223 Farmington, MI 48333 | | | | | |
| | US Bank PO Box 790179 Saint Louis, MO 63179 | | | | | |
| | The Dart Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| U. S. Bankruptcy Court Clerk | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| Michael Widdes and Albany, Inc. d/b/a Evolve Motors | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael Widdes and Albany, Inc. d/b/a Evolve Motors | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMC Mortgage Services 2677 North Main Street Suite 140 Santa Ana, CA 92705 | | | | | |
| | American Express PO Box 981537 El Paso, TX 79998 | | | | | |
| | Bank of America 4060 Ogletown/Stanton Road Newark, DE 19713 | | | | | |
| | Bank of America/Home Depot 135 S. LaSalle Street Suite 1025 Chicago, IL 60603 | | | | | |
| | Bank of America/Home Depot P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Barclays Bank P.O. Box 8803 Wilmington, DE 19899 | | | | | |
| | Carson Pirie Scott P.O. 17633 Baltimore, MD 21297 | | | | | |
| | Cesium Rentals, LLC 640 N. LaSalle St Suite 638 Chicago, IL 60654-3781 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bank 1215 Superior Ave. Cleveland, OH 44114 | | | | | |
| | Charter One Bank/RBS 1215 Superior Ave. Cleveland, OH 44114 | | | | | |
| | Chase 201 N Walnut Street Wilmington, DE 19801 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | CIT Technology 10201 Centurion Parkway N Suite 100 Jacksonville, FL 32256 | | | | | |
| | Citi Cards Processing Center Des Moines, IA 50363-0001 | | | | | |
| | CitiBank P.O. 6500 Sioux Falls, SD 57117 | | | | | |
| | Dart Bank PO Box 1838 Columbus, OH 43216 | | | | | |
| | Discover Financial PO Box 15316 Wilmington, DE 19850 | | | | | |
| | DSNB Macy's PO Box 8218 Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FNB Omaha PO Box 3412 Omaha, NE 68197 | | | | | |
| | GECRB/Banana Republic PO Box 965004 Orlando, FL 32896-0004 | | | | | |
| | GECRB/Paypal PO Box 965005 Orlando, FL 32896-5005 | | | | | |
| | GECRB/Sam's PO Box 965037 Orlando, FL 32896-5037 | | | | | |
| | GECRB/Summit PO Box 965036 Orlando, FL 32896 | | | | | |
| | K & A Landscaping 967 Dogwood Court Romeoville, IL 60446 | | | | | |
| | Matija Dostal c/o George M. Petrich 14200 Burnham Burnham, IL 60633 | | | | | |
| | Pangea Ventures LLC 640 N LaSalle Street Suite 638 Chicago, IL 60654-3781 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF National Bank 801 Marquette Avenue Minneapolis, MN 55402 | | | | | |
| | TD RCS/Red Carpet Shop | | | | | |
| | WFNNB/Pacific Sunwear 3100 Easton Square Place Columbus, OH 43219 | | | | | |
| 6 | American Express Centurion Bank | | | | | |
| 3 | Asset Acceptance Llc Assignee Bank Of America | | | | | |
| 1 | Atlas Acquisitions Llc (Gecc) | | | | | |
| 8 | Capital Recovery V, Llc | | | | | |
| 2 | Discover Bank | | | | | |
| 7 | Ge Capital Retail Bank | | | | | |
| 9 | Matija Dostal | | | | | |
| 10 | Portfolio Investments Ii Llc | | | | | |
| 11 | Portfolio Investments Ii Llc | | | | | |
| 12 | Portfolio Investments Ii Llc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Tbf Financial Llc | | | | | |
| 5 | The Dart Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-45422 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Joseph W Campbell | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 05/04/2015 | | | | Claims Bar Date: | 04/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Currency | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank Account At Tcf Bank (Garnished) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit With Landlord | 800.00 | 800.00 | | 0.00 | FA |
| 4. Furniture, Television, Computer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Clothing For One | 500.00 | 0.00 | | 0.00 | FA |
| 6. Camera | 50.00 | 50.00 | | 0.00 | FA |
| 7. 100% Ownership Interest In Chicago Realty & Property Managem | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Hummer H2 Sold To And In Possession Of Joseph Zugalj Of | 37,172.00 | 8,479.00 | | 0.00 | FA |
| 9. 2009 Dodge Challenger Sold To And In The Possession Of Josep | 24,347.00 | 13,447.00 | | 0.00 | FA |
| 10. Pet Dog | 0.00 | 0.00 | | 0.00 | FA |
| 11. Settlement proceeds from Adv. Case No. 13-10383 (u) Settlement of Adversary Case No. 13-10383 against Chicago Motor Car Corporation d/b/a Chicago Motor Cars for turnover of unscheduled 2003 Lamborghini Murcielago. | Unknown | 103,947.57 | | 103,947.57 | FA |
| 12. 1971 Corvette automobile (u) | Unknown | 20,700.00 | | 20,700.00 | FA |
| 13. 1978 Trans Am automobile (u) | Unknown | 21,600.00 | | 21,600.00 | FA |
| 14. 1981 DeLorean automobile (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 15. 1989 Firebird automobile (u) | Unknown | 16,101.00 | | 16,101.00 | FA |
| 16. 1997 Dodge Viper automobile (u) | Unknown | 33,900.00 | | 33,900.00 | FA |
| 17. 1966 Corvette automobile (u) | Unknown | 45,201.00 | | 45,201.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $67,869.00  $290,225.57  $266,449.57  $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary proceeding and obtained order of default and judgment against Chicago Motor Car Corporation d/b/a Chicago Motor Cars in connection with Debtor's unauthorized sale of unscheduled 2003 Lamborghini Murcielago (Adversary case was settled and Chicago Motor Cars paid the Trustee the sum of $103,947.57 on or about 7/8/14 in full settlement. Adversary was dismissed with prejudice).

Trustee recovered six unscheduled motor vehicles with assistance from FBI; hired auctioneer to sell the vehicles on eBay auctions. The following cars were sold, funds received by auctioneer and delivery made to the successful bidders: 1971 Corvette ($20,799); 1978 Trans Am ($21,600); 1981 DeLorean ($25,000); 1989 Firebird ($16,101); 1997 Dodge Viper ($33,700). The last car, 1966 Corvette, sold on eBay on June 23, 2014 for $55,000.

(Successful bidder for 1966 Corvette did not make deposit or pay balance due. The 1966 Corvette was relisted on Ebay for auction on July 25, 2014. The 10-day auction concludes August 4, 2014 -sold for $45,201.00.)

Initial Projected Date of Final Report (TFR): 12/30/2015          Current Projected Date of Final Report (TFR): 12/30/2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45422 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Joseph W Campbell | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5570 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4830 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | 11 | Laduzinsky & Associates, P.C. IOLTA Account<br>216 S. Jefferson Street<br>Suite 301<br>Chicago, IL 60661 | Settlement proceeds from Adv. Case No. 13-10383<br>Settlement with Chicago Motor Cars in Adv. Case No. 13-10383 | 1249-000 | $103,947.57 | | $103,947.57 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.61 | $103,827.96 |
| 08/15/14 | | Albany, Inc.<br>4030 N. Rockwell Street<br>Chicago, IL 60618 | Gross Proceeds from Sale of Six Motor Vehicles | | $162,502.00 | | $266,329.96 |
| | | | Gross Receipts        $162,502.00 | | | | |
| | 12 | | 1971 Corvette automobile       $20,700.00 | 1229-000 | | | |
| | 13 | | 1978 Trans Am automobile       $21,600.00 | 1229-000 | | | |
| | 14 | | 1981 DeLorean automobile       $25,000.00 | 1229-000 | | | |
| | 15 | | 1989 Firebird automobile       $16,101.00 | 1229-000 | | | |
| | 16 | | 1997 Dodge Viper automobile     $33,900.00 | 1229-000 | | | |
| | 17 | | 1966 Corvette automobile       $45,201.00 | 1229-000 | | | |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $310.18 | $266,019.78 |
| 09/09/14 | 1001 | Michael Widdes and Albany, Inc. d/b/a Evolve Motors<br>4030 N. Rockwell<br>Chicago, IL 60618 | Auctioneer Commission per order of Court | 3610-000 | | $9,955.05 | $256,064.73 |
| 09/09/14 | 1002 | Michael Widdes and Albany, Inc. d/b/a Evolve Motors<br>4030 N. Rockwell<br>Chicago, IL 60618 | Auctioneer Expenses per order of Court | 3620-000 | | $11,139.51 | $244,925.22 |

Page Subtotals:     $266,449.57     $21,524.35

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45422 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Joseph W Campbell | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5570 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4830 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/14 | 1003 | The Dart Bank<br>c/o Thomas A. Klug<br>4125 Okemos Road<br>Suite 24<br>Okemos, MI 48864 | Net proceeds of sale of 1966 Chevrolet, payment of lien | 4210-000 | | $33,716.56 | $211,208.66 |
| 12/17/14 | 1004 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Fees per order of Court dated 12/4/14 | 2100-000 | | $2,811.38 | $208,397.28 |
| 12/17/14 | 1005 | Steven R. Radtke<br>Chill, Chill & Radtke, P.C.<br>79 West Monroe Street<br>Suite 1305<br>Chicago, IL 60603 | Interim Trustee's Attorneys' Fees per order of Court dated 12/4/14 | 3110-000 | | $20,700.00 | $187,697.28 |
| 03/26/15 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $13,761.10 | $173,936.18 |
| 03/26/15 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $459.88 | $173,476.30 |
| 03/26/15 | 1008 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $173,183.30 |

Page Subtotals: $0.00　$71,741.92

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45422 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Joseph W Campbell | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5570 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4830 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 1009 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $84,037.00 | $89,146.30 |
| 03/26/15 | 1010 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $1,521.48 | $87,624.82 |
| 03/26/15 | 1011 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,776.00 | $85,848.82 |
| 03/26/15 | 1012 | Atlas Acquisitions Llc (Gecc)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 24.36 % per court order. | 7100-000 | | $157.11 | $85,691.71 |
| 03/26/15 | 1013 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 24.36 % per court order. | 7100-000 | | $711.76 | $84,979.95 |
| 03/26/15 | 1014 | Asset Acceptance Llc Assignee Bank Of America<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 3 representing a payment of 24.36 % per court order. | 7100-000 | | $5,621.98 | $79,357.97 |
| 03/26/15 | 1015 | Tbf Financial Llc<br>740 Waukegan Rd Ste 404<br>Deerfield, Il 60015 | Final distribution to claim 4 representing a payment of 24.36 % per court order. | 7100-000 | | $3,922.87 | $75,435.10 |
| 03/26/15 | 1016 | The Dart Bank<br>Thomas A Klug<br>4125 Okemos Rd Ste 24<br>Okemos, Mi 48864 | Final distribution to claim 5 representing a payment of 24.36 % per court order. | 7100-000 | | $55,248.89 | $20,186.21 |
| 03/26/15 | 1017 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 24.36 % per court order. | 7100-000 | | $8,290.39 | $11,895.82 |
| | | | Page Subtotals: | | $0.00 | $161,287.48 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-45422 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Joseph W Campbell | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5570 |
| | Checking |
| Taxpayer ID No: XX-XXX4830 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 1018 | Ge Capital Retail Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 24.36 % per court order. | 7100-000 | | $238.52 | $11,657.30 |
| 03/26/15 | 1019 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 8 representing a payment of 24.36 % per court order. | 7100-000 | | $323.79 | $11,333.51 |
| 03/26/15 | 1020 | Matija Dostal<br>C/O George M. Petrich<br>14200 Burnham Ave<br>Burnham, Il 60633 | Final distribution to claim 9 representing a payment of 24.36 % per court order. | 7100-000 | | $2,435.83 | $8,897.68 |
| 03/26/15 | 1021 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 24.36 % per court order. | 7100-000 | | $1,896.35 | $7,001.33 |
| 03/26/15 | 1022 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 11 representing a payment of 24.36 % per court order. | 7100-000 | | $3,998.30 | $3,003.03 |
| 03/26/15 | 1023 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 12 representing a payment of 24.36 % per court order. | 7100-000 | | $3,003.03 | $0.00 |
| 04/13/15 | 1011 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. Reversal Check amount of $1776.00 is incorrect and was incorrectly put into distribution report. Check was returned, voided and a new check for $1176 issued; a supplemental distribution | 3410-000 | | ($1,776.00) | $1,776.00 |

Page Subtotals:   $0.00   $10,119.82

UST Form 101-7-TDR (10/1/2010)   (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-45422 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Joseph W Campbell | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5570 |
| | | Checking |
| Taxpayer ID No: XX-XXX4830 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/15 | 1024 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.0% per court order. Reversal<br>Check should be part of supplemental distribution not created outside of supplemental distribution | | 3410-000 | | ($1,176.00) | $2,952.00 |
| 04/13/15 | 1024 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.0% per court order.<br>Corrected replacement check | | 3410-000 | | $1,176.00 | $1,776.00 |
| 04/16/15 | 1025 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 | | $1,176.00 | $600.00 |
| 04/16/15 | 1026 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | | $10.00 | $590.00 |
| | | Atlas Acquisitions Llc (Gecc) | Final distribution to claim 1 representing a payment of 24.53 % per court order. | ($1.09) | 7100-001 | | | |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 24.53 % per court order. | ($4.98) | 7100-001 | | | |
| | | Ge Capital Retail Bank | Final distribution to claim 7 representing a payment of 24.53 % per court order. | ($1.67) | 7100-001 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 8 representing a payment of 24.53 % per court order. | ($2.26) | 7100-001 | | | |
| 04/16/15 | 1027 | Asset Acceptance Llc Assignee Bank Of America<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 3 representing a payment of 24.53 % per court order. | | 7100-000 | | $39.29 | $550.71 |
| 04/16/15 | 1028 | Tbf Financial Llc<br>740 Waukegan Rd Ste 404<br>Deerfield, Il 60015 | Final distribution to claim 4 representing a payment of 24.53 % per court order. | | 7100-000 | | $27.42 | $523.29 |

Page Subtotals:   $0.00   $1,252.71

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45422 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Joseph W Campbell | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5570 |
| | Checking |
| Taxpayer ID No: XX-XXX4830 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/15 | 1029 | The Dart Bank<br>Thomas A Klug<br>4125 Okemos Rd Ste 24<br>Okemos, Mi 48864 | Final distribution to claim 5 representing a payment of 24.53 % per court order. | 7100-000 | | $386.13 | $137.16 |
| 04/16/15 | 1030 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 24.53 % per court order. | 7100-000 | | $57.94 | $79.22 |
| 04/16/15 | 1031 | Matija Dostal<br>C/O George M. Petrich<br>14200 Burnham Ave<br>Burnham, Il 60633 | Final distribution to claim 9 representing a payment of 24.53 % per court order. | 7100-000 | | $17.03 | $62.19 |
| 04/16/15 | 1032 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 24.53 % per court order. | 7100-000 | | $13.26 | $48.93 |
| 04/16/15 | 1033 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 11 representing a payment of 24.53 % per court order. | 7100-000 | | $27.94 | $20.99 |
| 04/16/15 | 1034 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 12 representing a payment of 24.53 % per court order. | 7100-000 | | $20.99 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $266,449.57 | $266,449.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $266,449.57 | $266,449.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $266,449.57 | $266,449.57 |

Page Subtotals: $0.00   $523.29

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5570 - Checking | $266,449.57 | $266,449.57 | $0.00 |
|  | $266,449.57 | $266,449.57 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $266,449.57 |
| Total Gross Receipts: | $266,449.57 |

Page Subtotals:     $0.00     $0.00